NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1515
(Reexamination No. 90/007,492)

IN RE NEWFREY, LLC

Appellant.

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

ON MOTION

ORDER

Upon consideration of the appellant's unopposed motion to dismiss its appeal,

IT IS ORDERED THAT:

(1)     The motion is granted.

(2)     All sides shall bear their own costs.

FOR THE COURT

OCT 0 1 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     George Theodore Schoof, Esq.
        Raymond T. Chen, Esq.

s19

ISSUED AS A MANDATE:     OCT 0 1 2009
_____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 1 2009

JAN HORBALY
CLERK